**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ANTHONY E. SONNETT, SB# 163182
  E-Mail: Anthony.Sonnett@lewisbrisbois.com
V. ALAN ARSHANSKY, SB# 251644
  E-Mail: Alan.Arshansky@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant, BNSF
RAILWAY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| JASON FARR, | Case No. 5:23-cv-00271-SSS-DTBx |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| BNSF RAILWAY COMPANY, a Delaware corporation, | Judge:  Sunshine S. Sykes |
| Defendant. | Trial Date:  May 12, 2025<br>FPTC:       April 25, 2025 |

Plaintiff JASON FARR ("Plaintiff"), on the one hand, and Defendant BNSF RAILWAY COMPANY ("Defendant"), on the other hand, hereby stipulate through their counsel of record that the above-captioned action is voluntarily dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1). Costs shall not be assessed against any Party to this stipulation. Each party is to pay its own attorneys' fees and costs.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

147295965.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1
2
3

DATED:  October 21, 2024    ANTHONY E. SONNETT
                            V. ALAN ARSHANSKY
                            LEWIS BRISBOIS BISGAARD & SMITH LLP

4

5    By:    /s/V. Alan Arshansky
6          ANTHONY E. SONNETT
           V. ALAN ARSHANSKY
7          Attorneys for Defendant, BNSF
           RAILWAY COMPANY
8

9  DATED:  October 21, 2024    BOLT LAW FIRM

10

11

12   By:    /s/Joseph Sayler
           JOSEPH SAYLER
13         Attorneys for Plaintiff

14

15

16                      **ATTESTATION**

17

18     All other signatories listed, and on whose behalf the filing is submitted, concur

in the filing's content and have authorized the filing.

19

20

21  DATED: October 21, 2024    LEWIS BRISBOIS BISGAARD & SMITH LLP

22

23   By:    /s/V. Alan Arshansky
24         ANTHONY E. SONNETT
           V. ALAN ARSHANSKY
25         Attorneys for Defendant, BNSF
           RAILWAY COMPANY
26

27

28

147295965.1                           2
         STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2024, I electronically filed the foregoing **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Adam William Hansen<br>APOLLO LAW LLC<br>333 Washington Avenue North, Suite 300<br>Minneapolis, MN 55401 | Attorneys for Plaintiff, Jason Farr<br><br>Telephone:  (612) 927-2969<br>Facsimile:   (801) 504-7567<br>Email: adam@apollo-law.com |
| Joseph M. Sayler<br>Michael McReynolds<br>BOLT LAW FIRM<br>2150 - 3rd Avenue, Suite 350<br>Anoka, MN 55303 | Attorneys for Plaintiff, Jason Farr<br><br>Telephone:  (763) 406-7000<br>Facsimile:   (763) 208-3607<br>Email: joseph.sayler@boltlawfirm.com;<br>michael.mcreynolds@boltlawfirm.com;<br>hillary.brown@boltlawfirm.com |
| Keven Steinberg<br>STEINBERG LAW<br>16133 Ventura Boulevard 7th Floor<br>Encino, CA 91436 | Attorneys for Plaintiff, Jason Farr<br><br>Telephone:  (818) 855-1103<br>Email: keven@kevensteinberglaw.com |
| Nick Thompson<br>CASEY JONES<br>323 N Washington Ave., Suite 200<br>Minneapolis, MN 55401 | Attorneys for Plaintiff, Jason Farr<br><br>Telephone:  (612) 293-5249<br>Email: nthompson@caseyjones.law |

　　　　　　　　　　　　　　　　/s/V. Alan Arshansky
　　　　　　　　　　　　　　　V. Alan Arshansky
　　　　　　　　　　　　　　　Attorneys for Defendant, BNSF
　　　　　　　　　　　　　　　RAILWAY COMPANY

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW